DAVID A. BOONE - SBN 74165
LEELA V. MENON - SBN 195435
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, California 95126
Telephone;    (408) 291-6000
Facsimile:    (408) 291-6016

ATTORNEYS FOR DEBTOR
Lucio Chagolla

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) CASE NO. **08-57523 SLJ**
)
) CHAPTER 13
LUCIO CHAGOLLA )
MARIA D HERNANDEZ MURURETA )
)
Debtors )
)

# NOTICE OF APPEAL

Debtors, Lucio Chagolla and Maria D Hernandez Murureta, appeal under 28 U.S.C. §158(b) from the Order Denying Motion to Void and Strip Lien of JP Morgan Chase Bank, National Association, entered in this proceeding on the 21st day of April 2015. A copy of the Order is annexed hereto.

The names of all parties to the decision appealed from and the names, addresses, and available telephone numbers of their respective attorneys are as follows:

DAVID A. BOONE
LEELA V. MENON
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
(Attorneys for Debtors, Lucio and Maria Chagolla);

JP Morgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308
Telephone: (855) 824-1000

Chase Bank USA, NA
P.O. Box 15145
Wilmington, DE 19850-5145

JP Morgan Chase Bank
c/o Shermeta, Adams & Von Allmen PC
P.O. Box 80908
Rochester Hills, MI 48308
Telephone: (248) 519-1700

JP Morgan Chase Bank, National Association
Moss Codilis, LLP @Wamu
1270 Northland Drive, Ste 200
Mendota Heights, MN 55120

(Creditor/Attorneys for JP Morgan Chase Bank, National Association)

Date: April 30, 2015

Respectfully Submitted,
THE LAW OFFICES OF DAVID A. BOONE

/s/ Leela V. Menon
Law Offices of David A. Boone
Attorneys For Debtors



The following constitutes
the order of the court. Signed April 21, 2015



Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LUCIO CHAGOLLA and<br>MARIA D. HERNANDEZ MURUETA,<br><br>            Debtor(s). | Case No. 08-57523 SLJ<br><br>Chapter 13<br><br>Date: April 16, 2015<br>Time: 10:00 a.m.<br>Ctrm: 3099 |

### ORDER DENYING MOTION TO VOID AND STRIP LIEN OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

The Debtors' Motion to Void and Strip Lien of JPMorgan Chase Bank, National Association ("Motion") came on for hearing at the above-referenced date and time. Appearances were noted on the record. For reasons orally stated on the record, good cause appearing,

IT IS HEREBY ORDERED that the Motion is DENIED.

*** END OF ORDER***

## Court Service List

Notice will be electronically mailed to Registered ECF Participants