DAVID A. BOONE - SBN 74165
LEELA V. MENON - SBN 195435
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, California 95126
Telephone;    (408) 291-6000
Facsimile:    (408) 291-6016

ATTORNEYS FOR DEBTOR
Lucio Chagolla and Maria D Hernandez Murureta

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. **08-57523 SLJ** |
| | CHAPTER 13 |
| LUCIO CHAGOLLA | |
| MARIA D HERNANDEZ MURURETA | BAP No. NC-15-1142 |
| Debtors | |

**STATEMENT OF THE ISSUES PRESENTED ON APPEAL**

The following issues are presented on appeal:

1. Whether the Bankruptcy Court erred by denying Debtor's Motion to Void and Strip Lien of JP Morgan Chase Bank, N.A..

Date: May 12, 2015                    Respectfully Submitted,
                                      THE LAW OFFICES OF DAVID A. BOONE


                                       /s/ Leela V. Menon
                                      Law Offices of David A. Boone
                                      Attorneys For Debtor-Appellant