```
 1  DAVID A. BOONE - SBN 74165
    LEELA V. MENON - SBN 195435
 2  LAW OFFICES OF DAVID A. BOONE
    1611 The Alameda
 3  San Jose, California 95126
    Telephone;    (408) 291-6000
 4  Facsimile:    (408) 291-6016

 5  ATTORNEYS FOR DEBTOR

 6
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. **08-57523 SLJ** |
| | ) | |
| | ) | CHAPTER 13 |
| LUCIO CHAGOLLA | ) | |
| MARIA D HERNANDEZ MURURETA | ) | BAP No. NC-15-1142 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DESIGNATION OF THE RECORD ON APPEAL**

Debtor-appellants, LUCIO CHAGOLLA and MARIA D HERNANDEZ MURURETA, by their undersigned Counsel, pursuant to Fed. R. Bankr. P. 8006, hereby designates the following items to be included in the record on appeal.

1. The records in Chapter 13 Case No. 08-57523 SLJ as described below, and the Docket itself from Case No. 08-57523 SLJ and the Parties List For the Case.

2. The transcripts of the hearings held in Case No. 08-57523 on Thursday April 16, 2015.

| Filing Date | Docket No. | Description |
|---|---|---|
| 12/23/2008 | 4 | Chapter 13 Plan |
| 1/22/2009 | 11 | Request For Notice Filed By Creditor JP Morgan Chase Bank, National Association |

| | | | |
|---|---|---|---|
| 03/02/2009 | 13 | | Order Confirming Chapter 13 Plan |
| 03/12/2014 | 63 | | Order Discharging Debtor After Completion of Chapter 13 Plan |
| 02/12/2015 | 68 | | Ex Parte Motion to Reopen Chapter 13 Case with Declaration of Debtors' Counsel in Support |
| 02/19/2015 | 69 | | Order Granting Motion to Reopen Chapter 13 Case |
| 02/23/2015 | 70 | | Motion to Avoid Lien with JP Morgan Chase Bank, National Association with Declaration of Debtor, Request for Judicial Notice and Exhibits |
| 02/23/2015 | 71 | | Notice of Hearing on Motion To Void and Strip Lien of JP Morgan Chase Bank, National Association |
| 02/23/2015 | 72 | | Certificate of Service |
| 03/10/2015 | 73 | | Document: Filed by CT Corporation System |
| 04/21/2015 | 74 | | Order Denying Motion to Avoid Lien |
| 4/24/2015 | 75 | | Ex Parte Motion to Reopen Chapter 13 Case with Declaration of Debtors' Counsel in Support |
| 4/28/2015 | 76 | | Order Granting Motion to Reopen Chapter 13 Case |

| | |
|---|---|
| Date: May 12, 2015 | Respectfully Submitted,<br>THE LAW OFFICES OF DAVID A. BOONE |
| | /s/ Leela V. Menon<br>Law Offices of David A. Boone<br>Attorneys For Debtor |