DAVID A. BOONE - SBN 74165
LEELA V. MENON - SBN 195435
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, California 95126
Telephone;    (408) 291-6000
Facsimile:    (408) 291-6016

ATTORNEYS FOR DEBTOR

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. **08-57523 SLJ** |
| | CHAPTER 13 |
| LUCIO CHAGOLLA | |
| MARIA D HERNANDEZ MURURETA | BAP No. NC-15-1142 |
| Debtor. | |

**CERTIFICATE OF SERVICE BY MAIL**

I, the undersigned, certify:

I am a citizen of the United States and a resident of Santa Clara County, California. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is 1611 The Alameda San Jose, California 95126.

On May 12, 2015, I served the following documents:

**STATEMENT OF ISSUES PRESENTED ON APPEAL;**

**DESIGNATION OF THE RECORD ON APPEAL**

on the following persons by placing a true copy thereof enclosed in a sealed envelope, first class United States mail with postage thereon fully prepaid, in the United States mail at San Jose,

California, addressed as follows:

**Debtors: (Courtesy Copy)**

Lucio Chagolla
Maria D Henandez Murureta
336 Goss Avenue
Santa Cruz, CA 95065

**Trustee:**
Devin Derham-Burk
Chapter13 Trustee
By Electronic Notice Only

Office of the U.S. Trustee
By Electronic Notice Only

**Appellee:**

Washington Mutual
P.O. Box 78148
Phoenix, AZ 85062-8148

JPMorgan Chase Bank, National Association
JPMorgan Chase Bank c/o LPS
1270 Northland Drive, Ste 200
Mendota Heights, MN 55120

WAMU
7301 Baymeadows Way
Mail Stop: JAXB2010
Jacksonville, FL 32258
Attn: Consumer Cash Department

Washington Mutual Bank
2273 N Green Valley Parkway, Suite #14
Henderson, NV 89014

JP Morgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
PO Box 80730
Rochester, MI 48308

JPMorgan Chase Bank, N.A.
C/O SHERMETA, ADAMS & VON ALLMAN, P.C.
P.O. Box 80908
Rochester Hills, MI 48308-0908

Maria Borresen
Moss Codilis as authorized agent for Creditor,
JPMorgan Chase Bank, National Association
12701 Northland Drive, Ste 20
Mendota Heights, MN 55120

**FDIC Address:**

JPMorgan Chase Bank, National Association
1111 Polaris Parkway
Columbus, OH 43240
Attn: Officer/President

**Corporate Office:**

| | |
|---|---|
| JPMorgan Chase & Co. | Five Lakes Agency, Inc. |
| Parent Company of JPMorgan Chase Bank, National Association | P.O. Box 80730 Rochester MI 48308 |
| 270 Park Avenue New York, NY 10017-2070 | Attn: President/Officer |

**Corporate Officer:**

Jamie Dimon, Chairman & CEO
JPMorgan Chase & Co.
270 Park Avenue
New York, NY 10017-2070

**Agent for Service of Process:**

| | |
|---|---|
| C T Corporation System | Corporation Service Company which will do business in California as CSC - Lawyers Incorporating Service |
| ASOP for JPMorgan Chase & Co. | |
| 818 West Seventh St 2nd Fl | |
| Los Angeles, CA 90017 | ASOP for Five Lakes Agency, Inc. 270 Gateway Oaks Dr. Ste 150N Sacramento, CA 95833 |

**Servicer:**

None

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3  Executed on May 12, 2015, at San Jose, California.

                                                                     */s/ Kit Chatsinchai*
                                                                      **Kit Chatsinchai**