UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re: Lucio Chagolla and Maria D Hernandez Murueta

Case Number: 08-57523-SLJ
Chapter: 13
BAP Number: NC-15-1142

Debtor(s) /

CERTIFICATE OF RECORD

The undersigned deputy clerk of the U. S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Designation of Record and Statement of Issues have been filed. The status of the transcripts are as follows:

[ x ] All transcript(s) requested by either the Appellant or Appellee have been filed with this Court.

[ ] No transcripts were requested by either the Appellant or Appellee.

The U. S. Bankruptcy Court will provide the record on appeal upon request from the Clerk of the Bankruptcy Appellate Panel.

Edward Emmons, Clerk
United States Bankruptcy Court

Dated: June 5, 2015    By: _____,
                           Ron Rombawa, Deputy Clerk

FILED
JUN 0 5 2015
CLERK
United States Bankruptcy Court
San Jose, California

1