Brian H. Song, Esq. #188662
*Briansong@Songleelaw.Com*
Law Office of Brian H. Song
4633 Old Ironsides Drive, Suite 260
Santa Clara, CA 95054
TEL: (408)748-3308;
FAX: (408)748-3309

File No. 732

Attorneys for Changbeom Im and
Brian H. Song, defendants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| In RE:<br><br>MOON JOO LEE and JIYOUNG JEONG,<br><br>    Debtors, | Case No.: 09-48849<br><br>Chapter 7<br><br>NOTICE OF APPEAL FROM ORDER FOR CONTEMPT SANCTIONS<br><br>Judge: Hon. William J. Lafferty |

    Changbeom Im and his attorney, Brian H. Song ("Defendants"), defendants in the above-captioned case reopened for the purpose of the motion for sanction filed by Debtors appeal under 28 U.S.C. § 158(a) and (b) and Rule 8001 of the Federal Rules of Bankruptcy Procedure to the Bankruptcy Appellate Panel of the Ninth Circuit from the Findings of Fact, Conclusion of Law, and Order (I) Finding Defendant Changbeom Im having knowingly violated the bankruptcy discharge injunction found at 11 U.S.C. § 524, in bringing the case of *Im v. Mad Fish Pier39, Inc*.

in the Superior Court of California, County of Alameda Case Number HG12620357 (the "Alameda County Case"), and finding Defendant Changbeom Im liable to Debtors for contempt sanction for his violation of the bankruptcy discharge injunction in the amount of $50,098.50, (II) Finding Defendant Brian H. Song having knowingly violated the bankruptcy discharge injunction found at 11 U.S.C. § 524, to the extent stated on the record, from and after the date stated on the record, in representing Defendant Changbeom Im in the Alameda County Case. Song is liable to Debtors for contempt sanctions for his violation of the bankruptcy discharge injunction in the amount of $50,098.50, both entered in this case on August 19, 2014 as Docket Number 132, and attached hereto as <u>Exhibit A</u>.

The names of all parties to the order appealed from and the names, addresses, and telephone number of their respective attorneys are as follows:

APPELLANTS:

Attorneys for Changbeom Im and Brian H. Song

Brian H. Song, Esq. (SBN 188662)
Law Office of Brian H. Song
4633 Old Ironsides Drive, Suite 260
Santa Clara, CA 95054
(408) 748-3308
*Briansong@songleelaw.com*

APPELLEES:

Attorneys for Jiyoung Jeong and Moon Joo Lee

David S. Henshaw, Esq. (SBN 271226)
Henshaw Law Office
1871 The Alameda, Suite 333
San Jose, CA 95126
*david@henshawlaw.com*

Dated: August 20, 2013

                                Law Office of Brian H. Song

                                /s/ *Brian H. Song*
                                Brian H. Song, Esq. (SBN 188662)
                                Attorneys for Changbeom Im and
                                Brian H. Song