

The following constitutes the order of the court.
Signed August 18, 2014

William J. Lafferty, III
U.S. Bankruptcy Judge

David S. Henshaw SBN 271226
HENSHAW LAW OFFICE
1871 The Alameda
Suite 333
San Jose, CA 95126
(408) 533-1075
(408) 583-4016 Fax

Attorney for Debtors
MOON JOO LEE and JIYOUNG JEONG

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-48849 |
| | ) |
| MOON JOO LEE and JIYOUNG JEONG, | ) Chapter 7 |
| | ) |
| Debtors. | ) **ORDER ON MOTION FOR** |
| | ) **CONTEMPT SANCTIONS** |
| | ) |
| | ) Date: July 9, 2014 |
| | ) Time: 10:30 a.m. |
| | ) Place: 1300 Clay Street, Courtroom 220 |
| | ) Oakland, CA 94612 |
| | ) |
| _____ | ) Judge: Honorable William J. Lafferty |

On August 6, 2014, this Court held a hearing on the Motion for Contempt Sanctions (the "Motion") of Debtors MOON JOO LEE and JIYOUNG JEONG ("Debtors") against Changbeom Im ("Im") and Brian Song ("Song").

Appearing for Debtors at the hearing on the Motion was David S. Henshaw of the Henshaw Law Office. Appearing for himself, and for Im, was Brian Song.

For the reasons stated on the record, IT IS HEREBY ORDERED THAT:

1.     Im is found to have knowingly violated the bankruptcy discharge injunction found at 11 U.S.C. § 524, to the extent stated on the record, from and after the date stated on the record, in bringing the case of *Im v. Mad Fish Pier39, Inc.* in the Superior Court of California, County of Alameda Case Number HG12620357 (the "Alameda County Case"). Im is liable to Debtors for contempt sanctions for his violation of the bankruptcy discharge injunction in the amount of $50,098.50.

2.     Song is found to have knowingly violated the bankruptcy discharge injunction found at 11 U.S.C. § 524, to the extent stated on the record, from and after the date stated on the record, in representing Im in the Alameda County Case. Song is liable to Debtors for contempt sanctions for his violation of the bankruptcy discharge injunction in the amount of $50,098.50.

3.     Payment on the contempt sanctions for both Im and Song shall be made within twelve (12) equal monthly installments of $4,174.13. The first installment shall be paid by September 1, 2014. Song and Im shall be joint and severally liable for the total $50,098.50 that Song and Im are to pay for contempt sanctions.

4.     Payment on the contempt sanctions shall be payable to "The Henshaw Law Office Trust Account." Payment on the contempt sanctions shall be mailed to:

> Henshaw Law Office
> 1871 The Alameda
> Suite 333
> San Jose, CA 95126

Approved as to form:


/s/ Brian Song
Brian Song

** END OF ORDER **

---

# COURT SERVICE LIST

Brian Song
4633 Old Ironsides Drive
Suite 260
Santa Clara, CA 95054

Changbeom Im
1101 Wayne Way
San Mateo, CA 94403